# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

_____ , )
                                )
            Plaintiff,          )
                                )
vs.                             )   Cause No.
                                )
                                )
_____ , )
                                )
            Defendant.          )

FILED
MAY 10 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

1:19-cv-1905-JPH-MPB

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant _____ for discrimination as set forth below.

Plaintiff __(DOES)__ \_\_\_\_\_ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name and Address:   Susan Scott
                                203 W. Howard St.
                                Sims, IN 46986

Defendant's Name and Address:   Marion Comm. Schools
                                750 W. 26th St.
                                Marion, IN 46953

### II. JURISDICTION

1. This complaint is brought pursuant to:

   _____ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1343(a)(4);

   _____ The Age Discrimination in Employment Act (29 U.S.C. § 621), and

jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Other (list): _____

2. Plaintiff __(DID)__ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about March 1, 2019 (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

Hostile work enviroment, Sexual Harassment, reported, to office, got worse then filed at EEOC, then fired me. (retaliation)

## IV. FACTS IN SUPPORT OF COMPLAINT

I have had anxiety, panic attacks, migrane headaches, had to go to work, knowing, so many people were against me, letting drivers treat me badly.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

Too many bills, not enough money, since I lost my job. Plans on retiring in Aug 2019 (62).

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this __6__ day of __May__, 20__19__.

_Susan Scott_
(Signature of Plaintiff)